## 20354.· COLFIELD v. THE STATE.

BLOODWORTH, J. 1. Under the facts of the case, the failure of the court to charge the law of assault and battery was not error.

2. In the trial of a criminal case the jurors are the only and final arbiters of the facts, and when a case reaches this court, where no error of law has been committed on the trial and the trial judge has approved the verdict, and it is supported by any evidence, however slight, this court is powerless to interfere. The verdict is supported by evidence and is approved by the trial judge.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED APRIL 16, 1930.

*H. H. Brown, Minor W. Dempsey,* for plaintiff in error.
*George Hains, solicitor-general, John M. Graham,* contra.

## 20366.  GAMMAGE v. THE STATE.

BROYLES, C. J. 1. The special ground of the motion for a new trial is without merit.

2. Under the facts of the case this court can not hold that the verdict was not authorized by any evidence; and, the finding of the jury having been approved by the trial judge and no error of law appearing, the judgment refusing to grant a new trial must be and is

*Affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 16, 1930.

*John A. Fort,* for plaintiff in error.
*Hollis Fort, solicitor-general,* contra.